UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

MARIA L MORENO, individually and on
behalf of others similarly situated,

                Plaintiff,              Case No. **18-CV-08797**

-v.                                      <u>**NOTICE OF APPEARANCE**</u>

89 MONTCLAIR CLEANERS INC. (D/B/A 89
MONTCLAIR CLEANERS) and HYUN C
KIM,

                Defendants.
———————————————————————x

**PLEASE TAKE NOTICE**, that the Law Offices of Diane H. Lee, hereby enters its appearance as Counsel on behalf of all Defendants in the above-captioned matter, and requests that copies of all pleadings and other papers (however designated) filed in this action as well as notices given or required to be given in this action, be given and served upon the undersigned at the addresses listed below:

                Diane H. Lee [DL3170]
                The Law Offices of Diane H. Lee
                158 Linwood Plaza Suite 308-310
                Fort Lee, NJ 07024

                16 W. 32nd Street Suite 305
                New York, NY 10001
                Telephone: 201-363-0101
                              201-482-8797
                Facsimile: 888-908-3660

FURTHER, if any limited service lists are used in the proceeding, undersigned request inclusion thereon

Dated: October 15, 2018

By: _____
Diane H. Lee [DL3170]
The Law Offices of Diane H. Lee
158 Linwood Plaza Suite 308-310
Fort Lee, NJ 07024

16 W. 32nd Street Suite 305
New York, NY 10001
Telephone: 201-363-0101
           201-482-8797
Facsimile: 888-908-3660
DLEE@DHLLAW.COM

To: Michael A. Faillace, Esq.
    Michael Faillace & Associates. P.C.
    60 East 42nd Street, Suite 4510
    New York, New York 10165
    (212) 317-1200
    *Attorney for Plaintiff*