For Settlement Purposes Only

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Maria L Moreno** | 9/25/2012 | 12/31/2012 | 14 | 50.5 | $ 7.25 | $ 10.88 | $ 627.19 | $ 450.00 | $ 11.25 | $ 16.88 | $ 177.19 | $ 2,480.63 | $ 2,480.63 |
| | 1/1/2013 | 12/30/2013 | 52 | 50.5 | $ 7.25 | $ 10.88 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 10,647.00 | $ 10,647.00 |
| | 12/31/2013 | 12/30/2014 | 52 | 50.5 | $ 8.00 | $ 12.00 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 10,647.00 | $ 10,647.00 |
| | 12/31/2014 | 12/30/2015 | 52 | 50.5 | $ 8.75 | $ 13.13 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 10,647.00 | $ 10,647.00 |
| | 12/31/2015 | 12/30/2016 | 52 | 50.5 | $ 9.00 | $ 13.50 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 10,647.00 | $ 10,647.00 |
| | 12/31/2016 | 12/30/2017 | 52 | 50.5 | $ 11.00 | $ 16.50 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 10,647.00 | $ 10,647.00 |
| | 12/31/2017 | 6/16/2018 | 24 | 50.5 | $ 13.00 | $ 19.50 | $ 724.75 | $ 520.00 | $ 13.00 | $ 19.50 | $ 204.75 | $ 4,914.00 | $ 4,914.00 |
| | | | | | | | | | | | | $ 60,629.63 | $ 60,629.63 |
| | | | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 60,629.63 | $ 60,629.63 |

| | | | | |
|---|---|---|---|---|
| NYLL - SOL | 9/26/2012 | | | |
| NYLL Amendment Date | 4/9/2011 | 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. | |
| FLSA - SOL | 9/26/2015 | 2 | Plaintiffs reserve the right to correct or amend this chart. | |
| Filing Date | 9/25/2018 | 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under th | |
| Today's Date | 1/24/2019 | | | |

For Settlement Purposes Only

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tools of the Trade | |
| **Maria L Moreno** | 9/25/2012 | 12/31/2012 | 1 | $ 101.50 | $ 101.50 | $ 1,384.75 | $ 56.66 | $ 5,000.00 | $ 5,000.00 | $ - | $ 16,605.66 |
| | 1/1/2013 | 12/30/2013 | 1 | $ 377.00 | $ 377.00 | $ 5,336.98 | $ 188.98 | | | | $ 27,573.96 |
| | 12/31/2013 | 12/30/2014 | 1 | $ 416.00 | $ 416.00 | $ 4,380.06 | $ 171.14 | | | | $ 26,677.20 |
| | 12/31/2014 | 12/30/2015 | 1 | $ 455.00 | $ 455.00 | $ 3,421.83 | $ 146.23 | | | | $ 25,772.07 |
| | 12/31/2015 | 12/30/2016 | 1 | $ 468.00 | $ 468.00 | $ 2,462.29 | $ 108.23 | | | | $ 24,800.52 |
| | 12/31/2016 | 12/30/2017 | 1 | $ 572.00 | $ 572.00 | $ 1,502.75 | $ 80.73 | | | | $ 24,021.48 |
| | 12/31/2017 | 6/16/2018 | 1 | $ 312.00 | $ 312.00 | $ 370.67 | $ 23.53 | | | | $ 10,846.20 |
| | | | | $ 2,701.50 | $ 2,701.50 | $ 18,859.33 | $ 775.51 | $ 5,000.00 | $ 5,000.00 | $ - | $ 156,297.09 |
| **TOTAL DAMAGES** | | | | $ 2,701.50 | $ 2,701.50 | $ 18,859.33 | $ 775.51 | $ 5,000.00 | $ 5,000.00 | $ - | $ 156,297.09 |

| | |
|---|---|
| **NYLL - SOL** | 9/26/2012 |
| **NYLL Amendment Date** | 4/9/2011 |
| **FLSA - SOL** | 9/26/2015 |
| **Filing Date** | 9/25/2018 |
| **Today's Date** | 1/24/2019 |

e FLSA and NYLL.