# *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200  Fax:(212) 317-1620

Maria Romero  June 13, 2019

|  |  | File #: | 89Montclair |
|---|---|---|---|
| **Attention:** |  | Inv #: | Sample |

RE:   Moreno et al v. 89 Montclair Cleaners Inc. et al; Index No. 18-cv-08797

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-24-18 | Intake with client | 0.90 | 405.00 | MF |
| Sep-25-18 | Draft complaint | 2.90 | 1,305.00 | MF |
| Mar-20-19 | Review Defendants' employment records and summary of defense; revise damages chart accordingly; negotiate settlement | 2.10 | 787.50 | JB |
| Mar-25-19 | Continue negotiating settlement agreement with OC | 0.40 | 150.00 | JB |
| Mar-26-19 | Draft settlement agreement and fairness letter | 2.50 | 937.50 | JB |
| Mar-28-19 | Draft and file request for adjournment | 0.20 | 75.00 | JB |
| Apr-10-19 | Renegotiate terms of settlement with defense counsel; revise agreement accordingly | 0.30 | 112.50 | JB |
| May-07-19 | Renegotiate terms of settlement again with defense counsel; revise agreement accordingly | 0.30 | 112.50 | JB |
| Jun-04-19 | Draft and file status report with court | 0.20 | 75.00 | JB |
|  | Finalize fairness motion | 0.40 | 150.00 | JB |
|  | Totals | 10.20 | $4,110.00 |  |

## DISBURSEMENTS

|            |                                                              |          |
|------------|--------------------------------------------------------------|----------|
|            | Filing Fee                                                   | 400.00   |
| Sep-28-18  | Process Server of Complaint on Corporate Defendant (Servico) | 64.00    |
|            | Process Server of Complaint on Individual Defendant (Gotham) | 50.00    |
|            | Totals                                                       | $514.00  |

**Total Fee & Disbursements**                                               $4,624.00

**Balance Now Due**                                                         $4,624.00